# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

GRATUITY SOLUTIONS, LLC AND
GRATUITY, LLC,

   *Plaintiffs,*

  v.        Case No. 2:24-CV-737-JLB-NPM

TOAST, INC.,

   *Defendant.*

---

## DECLARATION OF ALEKSANDAR STEPANOVICH

The undersigned declarant hereby states the following:

1. My name is Aleksandar Stepanovich, and I have personal knowledge of all facts stated herein.

2. I am the co-founder of Gratuity Solutions, LLC, for which I serve as the Chief Information Officer.

3. I have been the Chief Information Officer for Gratuity Solutions, LLC since 2020 and prior to that position I was the Company's Chief Technology Officer since the inception of the Company.

4. As the Chief Information Officer, my duties and responsibilities include developing commercial products, assisting in obtaining patents, assisting in the monitoring and protection of Gratuity Solutions, LLC's intellectual property, trade secrets, and other confidential information.

1

5.      As part of my commercial development efforts, I am the inventor of U.S. Patent No. 9,741,050, directed to gratuity management systems and methods.

6.      For purposes of doing business with Toast, Inc., I assisted in the preparation of Non-Disclosure Agreements that Toast, Inc. that were required before Gratuity Solutions, LLC would agree to disclose its confidential information to Toast, Inc., as part of: (1) Gratuity Solutions' initial technological integration into the TOAST Point of Sale system in 2017; and (2) the potential acquisition of Gratuity Solutions by Toast in 2019.

7.      For purposes of doing business with its customers, Gratuity Solutions, LLC requires agreement from them to abide by the terms of its Joint User Agreement, which contains provisions requiring maintenance of Gratuity Solutions, LLC's confidential information.

8.      On or around November 2021, Toast introduced its Toast Tips Manager commercial product, which competes with Gratuity Solutions, LLC's gratuity management commercial product.  As part of my duties at Gratuity Solutions, I have monitored the competing Toast Tips Manager product since its introduction.

9.      Over time, the Toast's Tip Manager product began introducing more features that mirrored those in Gratuity Solutions, LLC's commercial product.

10.     In mid-July of 2024, I saw that Toast had published information on its public website that should only be available to Gratuity Solutions, LLC's customers

through Gratuity Solutions' confidential PayPortal system.  Over the next several weeks, I reviewed the public Toast website and identified several webpages containing Gratuity Solutions, LLC's confidential information and trade secrets, including instructional information and videos on how users can implement specific features previously found only on Gratuity Solutions' confidential PayPortal system.

11.     I am familiar with the information in Exhibit 24 that was filed under seal.  The information in Exhibit 24 contains side-by-side screen shots comparing the features of Gratuity Solutions, LLC's confidential PayPortal system that are trade secrets, to features on Toast, Inc.'s public Tips Manager website that include the Gratuity Solutions' trade secrets.

12.     I am also familiar with the information in Exhibit 28, also filed under seal, that contains a more specific listing of Gratuity Solutions' trade secrets that are found on the Toast, Inc. public Tips Manager website, including how-to videos, and other information to allow users to implement specific features previously only available through Gratuity Solutions, LLC's confidential PayPortal system.

13.     I assisted in preparing the Amended Complaint and the Motion for a Temporary Restraining Order.  The allegations in the Amended Complaint and the Motion for Temporary Restraining Order, and these allegations are true and accurate.

## VERIFICATION

Under penalties of perjury, I declare that I have read my foregoing Declaration and that the facts stated in it are true to the best of my knowledge and belief.

Aleksandar Stepanovich

Dated: August 28, 2024

DEVLIN LAW FIRM LLC

/s/ Alan Wright
Timothy Devlin (to be admitted *pro hac vice*)
Delaware Bar No. 4241
tdevlin@devlinlawfirm.com
Alan Wright (to be admitted *pro hac vice*)
Virginia Bar No. 46506
awright@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010

CHEFFY PASSIDOMO, P.A.


/s/ Louis D. D'Agostino
Louis D. D'Agostino, Esq.
Florida Bar No. 776890
Rachael S. Loukonen, Esq.
Florida Bar No. 668435
lddagostino@napleslaw.com
rloukonen@napleslaw.com
CHEFFY PASSIDOMO, P.A.
821 Fifth Avenue South
Naples, Florida 34102
Telephone: (239) 261-9300

*Attorneys for Plaintiffs Gratuity Solutions, LLC
and Gratuity, LLC*


## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of August, 2024 the foregoing was electronically filed with the Clerk of Court using the CM/ECF portal which will send a notice of electronic filing to all counsel of record.

CHEFFY PASSIDOMO, P.A.

By: */s/ Louis D. D'Agostino*
Florida Bar No. 776890