

1526 Gilpin Avenue
Wilmington, Delaware 19806
United States of America
Tel: 302-449-9010
Fax: 302-353-4251
www.devlinlawfirm.com

SEPTEMBER 9, 2024

**VIA ECF**

The Honorable John L. Badalamenti
U.S. District Court for the Middle District of Florida
Fort Meyers Division
2110 First Street
Fort Myers, Florida 33901

      Re:    *Gratuity Solutions, LLC and Gratuity, LLC v. Toast, Inc.*, Civil
               Action No. 2:24-cv-00737-JLB-NPM

Dear Judge Badalamenti:

Pursuant to the Court's Order following the hearing of September 4, 2024, I am writing to address items raised by Your Honor regarding Exhibit 24 to Gratuity Solutions' ("Gratuity's") Verified First Amended Complaint. In short, we have verified that the information set forth in Gratuity's Complain and Motion is, in fact, maintained as confidential and ***not*** publicly available. We provide details of our investigation and conclusion below.

As Your Honor may recall, during the hearing, counsel for Toast demonstrated that clicking on the links provided in Exhibit 24 seemingly caused one to arrive at what was represented to be Gratuity's public website. (*See* 9/4/24 Motion Hearing Tr. at 20-22.) Your Honor also clicked on those links, and arrived at the same location, believing it to be public.

However, the links to the Gratuity PayDayPortal provided in Exhibit 24 are ***not*** public, as they may have appeared during the hearing. The reason Your Honor and counsel for Toast were able to view these materials during the hearing was because Gratuity specifically created the secure links in Exhibit 24 for the Motion, and provided them in the confidential Exhibits submitted with the Motion. This was done so that the Court could readily see the same confidential information that Gratuity's

**DEVLIN** LAW FIRM

September 9, 2024
Page 2 of 4

own customers can see, without having to create an account with Gratuity and agree to its Joint User Agreement (including its confidentiality provisions).

Due to a miscommunication between my client and me, I did not realize that the links provided in Exhibit 24 were specifically prepared by Gratuity and pointed only to its secure server. As a result, Your Honor and Toast were under the misimpression that the links provided in Exhibit 24 were generally available to the public, which as noted above, is not correct. We sincerely regret our miscommunication, and the misunderstanding it caused during the hearing.

Notably, Plaintiffs were also careful to prevent the trade secrets cited in Exhibit 24 from becoming public by moving to file Exhibit 24 under seal, and requesting that counsel for Toast treat the exhibit as confidential and subject to "outside attorneys' eyes only" when the exhibit was provided to Toast's counsel on September 1, 2024, prior to the hearing. As such, and mindful of the Your Honor's request during the hearing, Plaintiffs maintain that Exhibit 24 should remain subject to its motion to file it under seal.

In addition, Exhibit 28, which was not discussed during the hearing, contains additional comparison screenshots of the Toast website as compared to the Gratuity's PayDayPortal, which as described above are only available to its customers who have registered an account and agreed to abide by its Joint Users' Agreement. Again, these materials were provided by Gratuity to permit Your Honor to compare additional non-public trade secret information from Gratuity's PayDayPortal system to information on Toast's public website. Accordingly, for the same reasons set forth regarding Exhibit 24, Gratuity requests that Exhibit 28 to its Verified First Amended Complaint also be filed and maintained under seal.

Finally, mindful of Your Honor's comments during the hearing, Plaintiffs continue to evaluate whether Plaintiffs intend to file a Second Amended Complaint. We expect to finalize that decision promptly and file any Amended Complaint by the Wednesday, September 11 deadline.

Respectfully submitted,

Alan A. Wright

DEVLIN LAW FIRM
September 9, 2024
Page 3 of 4

DEVLIN LAW FIRM LLC


/s/ Alan Wright
Timothy Devlin (to be admitted *pro hac vice*)
Delaware Bar No. 4241
tdevlin@devlinlawfirm.com
Alan Wright (to be admitted *pro hac vice*)
Virginia Bar No. 46506
awright@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, Delaware 19806
Telephone: (302) 449-9010
Facsimile: (302) 353-4251


CHEFFY PASSIDOMO, P.A.

/s/ Louis D. D'Agostino
Louis D. D'Agostino, Esq.
Florida Bar No. 776890
Rachael S. Loukonen, Esq.
Florida Bar No. 668435
lddagostino@napleslaw.com
rloukonen@napleslaw.com
CHEFFY PASSIDOMO, P.A.
821 Fifth Avenue South
Naples, Florida 34102
Telephone: (239) 261-9300
Facsimile: (239) 261-9782

*Attorneys for Plaintiffs Gratuity Solutions, LLC
and Gratuity, LLC*


cc:  Kelli Edson
     Kelli.Edson@Quarles.com
     Quareles & Brady, LLP
     101 East Kennedy Blvd.
     Suite 3400

DEVLIN LAW FIRM
September 9, 2024
Page 4 of 4

Tampa, FL  33602
(813) 387-0268

*Counsel for Defendant, Toast, Inc.*

Srikanth K. Reddy
sreddy@goodwinlaw.com
Kate MacLeman
kmacleman@goodwinlaw.com
Andrew Ong
aong@goodwinlaw.com
Goodwin Proctor LLP
100 Northern Ave.
Boston, MA  02210
(617) 570-1000

*Attorneys of Record*