**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| |
|---|
| GRATUITY SOLUTIONS, LLC and GRATUITY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> TOAST, INC., <br><br> Defendant. |

Civil Action No. 1:25-cv-10948-JEK

## DEFENDANT TOAST, INC.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Defendant Toast, Inc. ("Toast") hereby moves to dismiss Plaintiffs Gratuity Solutions, LLC and Gratuity, LLC's ("Gratuity") Second Amended Complaint (Docket No. 50) pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief can be granted. In support of this Motion to Dismiss, Toast files concurrently herewith a Memorandum in Support of its Motion to Dismiss Plaintiffs' Second Amended Complaint.

## REQUEST FOR ORAL ARGUMENT

Toast respectfully requests to be heard at oral argument on this Motion.

WHEREFORE, Toast respectfully requests that this Court dismiss Gratuity's Second Amended Complaint in its entirety with prejudice and grant such other relief as this Court deems just and proper.

1

Dated: May 9, 2025

*/s/ Srikanth Reddy*
Srikanth Reddy (BBO No. 669264)
Kate MacLeman (BBO No. 684962)
Tara Thigpen (BBO No. 707508)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Fax: (617) 523-1231
SReddy@goodwinlaw.com
KMacleman@goodwinlaw.com
TThigpen@goodwinlaw.com

Andrew Ong (admitted *Pro Hac Vice*)
**GOODWIN PROCTER LLP**
601 Marshall Street
Redwood City, CA 94603
Tel: (650) 752-3100
Fax: (617) 853-1038
AOng@goodwinlaw.com

*Attorneys for Defendant Toast, Inc.*

2

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that I have conferred in good faith with counsel for Plaintiffs Gratuity Solutions, LLC and Gratuity, LLC, regarding the above-captioned motion, and Plaintiffs oppose the relief requested.

*/s/ Srikanth Reddy*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants as known this May 9, 2025.

*/s/ Srikanth Reddy*

3